ORDERED UNSEALED on 08/29/2024 s/ JudePeter

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AUSTIN KLEINBERG,<br>Defendant. | Case No.: '24 MJ3275 DDL<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 20, 2024, within the Southern District of California, defendant Austin KLEINBERG knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm Sig Sauer firearm; in violation of Title 18, United States Code, Section 922(g)(1).

JON T DELLINGER Digitally signed by JON T DELLINGER Date: 2024.08.27 12:23:21 -07'00'

JON DELLINGER
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of August 2024.

[signature]

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 20, 2024, Officers with the El Centro Police Department were dispatched to a report of a male slumped over in the driver's seat of a vehicle bearing Oregon license plate 244CXP near Glenwood and Ross Avenue in El Centro, California, which is within the Southern District of California. Upon arrival, Officers observed the reported vehicle occupied by a male later identified as Austin KLEINBERG in the driver's seat and a female later identified as C.D. in the front passenger's seat. Both occupants appeared unconscious as police walked up to the vehicle to conduct a wellness check.

Police knocked on the window of the vehicle, which woke C.D. and C.D. told police she and KLEINBERG were passing through the area. C.D. then woke KLEINBERG and police observed a white baggie containing a white crystal substance in the center console. Police asked C.D. what was in the baggie, and C.D. replied it was "meth." Police then directed C.D. and Kleinberg to exit the vehicle. After KLEINBERG exited the vehicle, police observed a Sig Sauer 9mm firearm in plain view on the driver's seat. The firearm was seized and determined to be loaded with approximately 12 rounds of ammunition. A search of the vehicle revealed approximately 91 additional rounds of 9mm ammunition.

C.D. and KLEINBERG were each mirandized and both gave statements to police. KLEINBERG stated the firearm was not his and that he did not know he was sitting on it. KLEINBERG further stated the methamphetamine in the center console was not his. C.D. stated the methamphetamine was for KLEINBERG. C.D. further stated that she was unaware that KLEINBERG had a firearm and had not seen KLEINBERG with the firearm.

Records checks on KLEINBERG revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 9/22/2017 | Oregon – Marion County | Theft in the First Degree (Felony) | 2 Years Probation |
| 9/22/2017 | Oregon – Marion County | Unauthorized Use of Vehicle (Felony) | 1 Month Prison |

| | | | |
|---|---|---|---|
| 11/13/2017 | Oregon – Marion County | Unauthorized Use of Vehicle (Felony) | 2 Years Probation |
| 5/8/2018 | Oregon – Marion County | Unauthorized Use of Vehicle (Felony) | 22 Months Prison |
| 5/15/2018 | Oregon – Marion County | Unauthorized Use of Vehicle (Felony) | 22 Months Prison |
| 2/2/2021 | Oregon – Marion County | Felon in Possession of a Weapon | 12 Months 1 Day Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.